**Order entered April 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01085-CV**

**IN THE INTEREST OF T.C.N., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-15940**

**ORDER**

By motion filed April 2, 2021, appellee seeks to withdraw as improvidently filed his April 1, 2021 motion to dismiss the appeal. We **GRANT** the motion. The April 1 motion to dismiss is **WITHDRAWN**.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE